**TABLE OF CONTENTS**

Page

TABLE OF AUTHORITIES .................................................................................................. ii

INTRODUCTION ................................................................................................................... 1

    I.      STANDARD................................................................................................. 2

    II.     FACTS ........................................................................................................ 3

    I.      ARGUMENT .............................................................................................. 6

        A.     DeAlteris, Wunderlin, and Schweinzger May Be Held Individually Liable for the False Statements in the Overview ......................................... 6

        B.     The Aronsons Alleged Facts in the First Amended Complaint that Demonstrate that Wunderlin and deAlteris were "Controlling Persons" of JJMT Under the ISL ................................................................................ 7

        C.     Defendants' Alleged "Anti-Reliance" Argument Does Not Bar Plaintiffs' Claims, as a Matter of Law ......................................................................... 9

            1.     Defendants' Purported Anti-Reliance Clause Cannot Form the Basis for Dismissal Under Rule 12(b)(6) ........................................ 9

        D.     The Anti-Reliance Clause Does Not Protect Defendants from the Misrepresentations in the October 9 E-mail Since It Constitutes a Part of the Offering Materials ................................................................................ 11

        E.     Defendants' Attempted Disclaimer Does Not Negate the Materiality Prong of Plaintiffs' Claims Under the ISL or Common Law Fraud ......... 12

        F.     The Aronsons Have Properly Plead a Consumer Fraud Act Claim .......... 14

        G.     Plaintiffs Have Plead Facts That Support Their Fraudulent Misrepresentation Claim .............................................................................. 17

        H.     The Moorman Doctrine Does Not Bar Plaintiffs' Negligent Misrepresentation Claim Because Defendants Were in the Business of Providing Information ................................................................................. 17

        I.     Plaintiffs Have Adequately Plead a Conspiracy ........................................ 18

        J.     Plaintiffs Can Plead Notice Under the ISL ................................................ 19

## TABLE OF AUTHORITIES

Pages(s)

**Cases**

*Adcock v. Brakegate, Ltd.*,
   645 N.E.2d 888 (Ill. 1994) ..................................................................................................19

*Avery v. State Farm Mut. Auto. Ins. Co.*,
   835 N.E.2d 801 (Ill. 2005) ..................................................................................................15

*United States ex rel. Berkowitz v. Automation Aids, Inc.*,
   896 F.3d 834 (7th Cir. 2018) .................................................................................................2

*Borsellino v. Goldman Sachs Grp., Inc.*,
   477 F.3d 502 (7th Cir. 2007) .................................................................................................2

*Capiccioni v. Brennan Naperville, Inc.*,
   791 N.E.2d 553 (Ill. App. Ct. 2003) ...................................................................................14

*Connick v. Suzuki Motor Co., Ltd.*,
   675 N.E.2d 584 (Ill. 1996) ..................................................................................................14

*Cozzi Iron & Metal, Inc. v. U.S. Office Equip., Inc.*,
   250 F.3d 570 (7th Cir. 2001) .................................................................................................9

*Diamond v. Nicholls*,
   483 F. Supp. 3d 577 (N.D. Ill. 2020) ....................................................................................8

*DiMaio v. Wexford Health Sources, Inc.*,
   No. 19-CV-06613, 2021 WL 1056848 (N.D. Ill. Mar. 19, 2021) ..........................................2

*Emery v. Am. Gen. Fin., Inc.,*
   134 F.3d 1321 (7th Cir.1998) ................................................................................................2

*Froehlich v. Matz*,
   417 N.E.2d 183 (Ill. App. Ct. 1981) .....................................................................................9

*Gerill Corp. v. Jack L. Hargrove Builders, Inc.*,
   538 N.E.2d 530 (Ill. 1989) ..................................................................................................16

*Hobbs v. Gerber Prods. Co.*,
   No. 17 CV 3534, 2018 WL 3861571 (N.D. Ill. Aug. 14, 2018) ............................................2

*In re Horlbeck*,
    589 B.R. 818 (Bankr. N.D. Ill. 2018) ...........................................................................10

*Ill. Non-Profit Risk Mgmt. Ass'n v. Hum. Serv. Ctr. Of S. Metro-E.*,
    884 N.E.2d 700 (Ill. App. Ct. 2008) ............................................................................18

*Jackson v. S. Holland Dodge, Inc.*,
    197 Ill.2d 39 (Ill. 2001).................................................................................................7

*Jepson, Inc. v. Makita Corp.*,
    34 F.3d 1321 (7th Cir. 1994) ........................................................................................3

*Kubiak v. City of Chicago*,
    810 F.3d 476 (7th Cir. 2016) ........................................................................................3

*Lagen v. Balcor Co.*,
    653 N.E.2d 968 (Ill. App. Ct. 1995) ...........................................................................13

*Linkepic Inc. v. Vyasil, LLC*,
    370 F.Supp.3d 906 (N.D. Ill. 2019) ............................................................................18

*In re Longview Aluminum, L.L.C.*,
    657 F.3d 507 (7th Cir. 2011) ........................................................................................8

*Mack v. Chi. Transit Auth.*,
    No. 17-CV-06908, 2020 WL 6545039 (N.D. Ill. Nov. 6, 2020) ..................................2

*Makor Issues & Rights, Ltd. v. Tellabs, Inc.*,
    437 F.3d 588 (7th Cir.2006) .........................................................................................6

*Morse v. Abbott Labs.*,
    756 F. Supp. 1108 (N.D. Ill. 1991) ...............................................................................6

*Newman v. Metro. Life Ins. Co.*,
    885 F.3d 992 (7th Cir. 2018) ...............................................................................12, 15

*Patrick v. City of Chi.*,
    213 F. Supp. 3d 1033 (N.D. Ill. 2016) ........................................................................19

*Petrakopoulou v. DHR Int'l, Inc.*,
    590 F. Supp. 2d 1013 (N.D. Ill. 2008) ........................................................................10

*Petri v. Gatlin*,
    997 F. Supp. 956 (N.D. Ill. 1997) .................................................................................6

*Premier Cap. Mgmt., LLC v. Cohen*,
 No. 02 C 5368, 2008 WL 4378300 (N.D. Ill. Mar. 24, 2008) ...................................17

*Rankow v. First Chi. Corp.*,
 870 F.2d 356 (7th Cir. 1989) ..................................................................................18

*Rasgaitis v. Waterstone Fin. Grp., Inc.*,
 985 N.E.2d 621 (Ill. App. Ct. 2013) ........................................................................13

*Rissman v. Rissman*,
 213 F.3d 381 (7th Cir. 2000) .............................................................................10, 11

*Stampley v. Altom Transp., Inc.*,
 958 F.3d 580 (7th Cir. 2020) ..................................................................................11

*Supernova Sys., Inc., v. Great Am. Broadband, Inc.*,
 No. 1:10-CV-319, 2012 WL 860408 (N.D. Ind. Mar. 12, 2012) ..............................10

*Tolan & Son, Inc. v. KLLM Architects, Inc.*,
 719 N.E.2d 288 (Ill. App. 1999) .............................................................................17

*Trapelli v. Advanced Equities, Inc.*,
 215 F. Supp. 2d 964 (N.D. Ill. 2002) ......................................................................10

*Zurad v. Lehman Bros. Kuhn Loeb*,
 757 F.2d 129 (7th Cir. 1985) ..................................................................................18

*Wislow v. Wong*,
 713 F. Supp. 1103 (N.D. Ill. 1989) .........................................................................19

**Statutes**

6 Del. C. § 18–402 .............................................................................................................8

815 ILCS 5/2.4 ...................................................................................................................8

815 ILCS 5/13(B) .............................................................................................................19