IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STEVEN ARONSON, MATTHEW ARONSON,<br><br>   Plaintiffs,<br> v.<br><br>JJMT CAPITAL LLC, a Delaware limited liability company, JACOB WUNDERLIN, MATTHEW SCHWEINZGER, JOSEPH DEALTERIS, TYLER CROOKSTON,<br><br>   Defendants. | Case No. 1:21-CV-01867<br><br>Hon. Franklin U. Valderrama |

## UPDATED JOINT STATUS REPORT

The parties have conferred as required by this Court's Order dated September 13, 2021 (Dkt No. 41) and hereby state as follows:

### Status of Discovery

Defendant Tyler Crookston ("Crookston) waived service of process and filed a Motion to Dismiss. Crookston filed a reply in support of his Motion to Dismiss on November 19, 2021, and will serve his Rule 26(a)(1) initial disclosures within a week of the filing of this Status Report. Plaintiffs and the remaining Defendants will be serving written discovery requests to each other by December 15, 2021.

### Referral to Settlement

Plaintiff is open to a settlement conference being scheduled, but all Defendants do not believe that a settlement conference would be fruitful at this time.

Respectfully submitted,

| | |
|---|---|
| MATTHEW ARONSON AND STEVEN ARONSON | JJMT, LLC |
| */s/Daniel S. Rubin* | */s/ Howard Rosenburg* |
| By One of Their Attorneys | By One of Its Attorneys |
| Daniel S. Rubin ARDC #6293669 | KOPECKY SCHUMACHER |
| Scott Frost ARDC #6208276 | ROSENBURG LLC |
| Howard & Howard Attorneys PLLC | 120 N. LaSalle St., Ste. 2000 |
| 200 S. Michigan Avenue, Suite 1100 | Chicago, IL 60602 |
| Chicago, Illinois 60604 | (312) 380-6631 |
| Phone: (312) 372-4000 | hrosenburg@ksrlaw.com |
| Fax:    (312) 939-5617 | |
| sfrost@howardandhoward.com | |
| drubin@howardandhoward.com | |

Jacob Wunderlin, Matthew Schweinzger, Joseph Dealteris
By: */s/ Matt Ryan*
By One of Their Attorneys

Terence H. Campbell
Matthew S. Ryan
John N. Pavletic, Jr.
COTSIRILOS, TIGHE, STREICKER,
POULOS & CAMPBELL, LTD.
33 N. Dearborn St., Ste. 600
Chicago, IL 60602
(312) 263-0345
mryan@cotsiriloslaw.com
4851-2766-9492, v. 1

Tyler Crookston
By: */s/ Jena L. Levin*
By One of His Attorneys

Foley & Lardner, LLP
321 N. Clark Street Ste. 3000
Chicago, IL 60654
(312) 832-4365
JLevin@foley.com