>>>>> -----Original Message-----

>>>>> From: Matthew Schweinzger [mailto:mschweinzger@acrisure.com]

>>>>> Sent: Thursday, October 06, 2016 9:06 AM

>>>>> To: Steven Aronson

>>>>> Subject: RE: Jumbo Capital Management-New Investment Offering

>>>>>

>>>>> Steve,

>>>>>

>>>>> First and foremost, I want to make sure you indeed intend on including me here!  If not, no worries at all and I will delete/clear the files.  If you did - "thank you" as I greatly appreciate you thinking about me with an investment opportunity.  I don't believe you and I spoke about this, but I run a decent sized debt fund and a small equity fund that does similar types of RE investing along with growth equity investing.  To that end, we would always love to get a look at something like this.  In this particular case, our hurdle rates may be too high given current returns our debt investors are making (our lenders make 20% to 25% IRRs in the debt fund).

>>>>>

>>>>> If you or your boys have interest in discussing this, other investment opportunities or our debt fund, please let me know!  Thank you again for reaching out on this and if an accident, let me know and I'll delete right away!  PS - I still would love to grab a lunch, coffee or drink with your son in Chicago one of these days (Daniel, right?)...

>>>>>

>>>>> Thanks, Steve.

>>>>>

>>>>> Best,

>>>>>

>>>>> Matt

>>>>>

>>>>> Matthew Schweinzger

EXHIBIT 2

>>>>> Chief Acquisition Officer

>>>>> Acrisure

>>>>> Email: [mschweinzger@acrisure.com](mailto:mschweinzger@acrisure.com)

>>>>> Office: (312) 837-3415

>>>>> Cell: (269) 808-7072

>>>>> [www.Acrisure.com](http://www.Acrisure.com)

>>>>>

>>>>>