# EXHIBIT 3

**Karen L. May**

| | |
|---|---|
| From: | Daniel S. Rubin |
| Sent: | Thursday, February 3, 2022 4:43 PM |
| To: | 'John Pavletic'; Christopher L. Schaeffer; Scott C. Frost; Levin, Jena L.; mnelson@foley.com; Wheeler, Ellen M. |
| Cc: | Michael Maione; Matthew Ryan; Terence Campbell; Howard Rosenburg; Jim Kopecky; afawver@ksrlaw.com |
| Subject: | RE: Aronson, et al. v. JJMT Capital LLC, et al. (21C1867) - Proposed Confidentiality Order |
| Attachments: | 26.2 FORM 0612.doc; Agreed Protective Order - Aronson Draft 4864-3123-2779 v.1.docx |

John, there are a couple deviations from the model order that would require us to flag them for the court; in that we are using different terms i.e. "Confidential" versus "Confidential Subject to Protective Order" and there are a couple small revisions that eliminate references to local rules. Was there a reason for that? Here is a draft for your review. Also, we would suggest a clawback provision – I placed it in my draft. Please advise.

Regards,
Daniel Rubin

**Howard & Howard** | **Daniel S. Rubin**
law for business | Attorney

200 S Michigan Ave, STE 1100, Chicago, IL 60604
D: 312.456.3448 | F: 312.939.5617
drubin@howardandhoward.com | Bio | vCard | LinkedIn

NOTICE: Information contained in this transmission to the named addressee is proprietary information and is subject to attorney-client privilege and work product confidentiality. If the recipient of this transmission is not the named addressee, the recipient should immediately notify the sender and destroy the information transmitted without making any copy or distribution thereof.

**From:** John Pavletic <jpavletic@cotsiriloslaw.com>
**Sent:** Tuesday, January 25, 2022 10:27 AM
**To:** Daniel S. Rubin <drubin@howardandhoward.com>; Christopher L. Schaeffer <cls2@h2law.com>; Scott C. Frost <sfrost@howardandhoward.com>; Levin, Jena L. <JLevin@foley.com>; mnelson@foley.com; Wheeler, Ellen M. <ewheeler@foley.com>
**Cc:** Michael Maione <mmaione@cotsiriloslaw.com>; Matthew Ryan <mryan@cotsiriloslaw.com>; Terence Campbell <tcampbell@cotsiriloslaw.com>; Howard Rosenburg <hrosenburg@ksrlaw.com>; Jim Kopecky <jkopecky@ksrlaw.com>; afawver@ksrlaw.com
**Subject:** Aronson, et al. v. JJMT Capital LLC, et al. (21C1867) - Proposed Confidentiality Order

**CAUTION: EXTERNAL EMAIL**

All,

Please find attached a draft confidentiality order that we hope to propose the Court enter as agreed. We based the draft order on the NDIL model order. Let us know your thoughts. Thanks!

Best,

LJ

**John "LJ" Pavletic**
Associate
COTSIRILOS, TIGHE, STREICKER,
POULOS & CAMPBELL, LTD.
(312) 334-1335