# EXHIBIT 4

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STEVEN ARONSON, MATTHEW ARONSON, <br><br> Plaintiffs, <br><br> v. <br><br> JJMT CAPITAL LLC, a Delaware limited liability company, JACOB WUNDERLIN, MATTHEW SCHWEINZGER, JOSEPH DEALTERIS, TYLER CROOKSTON, <br><br> Defendants. | Case No. 21-CV-01867 <br><br> Hon. Franklin U. Valderrama <br><br> Hon. Susan E. Cox |

## PLAINTIFFS' COUNSEL CERTIFICATE OF COMPLIANCE WITH LR 37.2

Counsel for Plaintiffs Steven Aronson and Matthew Aronson ("Plaintiffs") files this Certificate of Compliance in accordance with the Standing Order of Magistrate Susan E. Cox and Local Rule 37.2.

Counsel for Plaintiffs and Counsel for Tyler Crookston ("Crookston") conferred on the issues raised in Plaintiffs' motion to compel via video conference on April 15, 2022. Subsequent to said meeting, the parties exchanged correspondence but were unable to reach and agreement on the issues raised in Plaintiffs' Motion to Compel. The reasons for that inability to reach an agreement are contained in the Plaintiffs' Status Report [Dkt No. 75] and the Joinder and Supplement filed by Crookston [Dkt No. 76].

Respectfully submitted,

Date: April 26, 2022

By: ___*/s/ Daniel S. Rubin*___
Daniel S. Rubin ARDC 6293669
HOWARD & HOWARD ATTORNEYS PLLC
200 S. Michigan Ave., Ste 1100
Chicago, IL 60604

1

T: (312) 456-34478; F: (312) 939-5617
drubin@howardandhoward.com

## CERTIFICATE OF SERVICE

I certify that on April 26, 2022, I electronically filed the foregoing document using the CM/ECF system, which will send notification of that filing to counsel of record in this matter.

                                    */s/ Daniel S. Rubin*