IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STEVEN ARONSON, MATTHEW ARONSON,<br><br>Plaintiffs,<br><br>v.<br><br>JJMT CAPITAL LLC, a Delaware limited liability company, JACOB WUNDERLIN, MATTHEW SCHWEINZGER, JOSEPH DEALTERIS, TYLER CROOKSTON,<br><br>Defendants. | Case No. 21-CV-01867<br><br>Hon. Franklin U. Valderrama<br><br>Hon. Susan E. Cox |

## NOTICE OF FILING

TO: SEE ATTACHED SERVICE LIST

**PLEASE TAKE NOTICE** that on April 26, 2022, I caused to be filed with the Clerk of the United States District Court, Northern District of Illinois, Plaintiffs' Motion to Compel Production of Document Directed at Tyler Crookston, a copy of which is hereby served upon you.

/s/ *Daniel Rubin*
Daniel S. Rubin, One of the Attorneys for Steven Aronson and Matthew Aronson
Dated: April 26, 2022

## CERTIFICATE OF SERVICE

I, Daniel S. Rubin, an attorney, certify that on April 26, 2022, the **Plaintiffs' Motion to Compel Production of Documents Directed at Tyler Crookston** was filed with the Clerk of the United States District Court for the Northern District of Illinois, and was served on counsel for all parties via the Clerk's ECF System.

/s/ *Daniel S. Rubin*

Daniel S. Rubin (ARDC #6293669)
Scott Frost (ARDC #6208276)

Christopher L. Schaeffer (ARDC #6321448)
Matthew A. Blumenreich (ARDC # 6329458)
Howard & Howard Attorneys PLLC
200 S. Michigan Ave., Ste. 1100
Chicago, IL 60604
(312) 372-4000
(312) 939-5617 / fax
sfrost@howardandhoward.com
drubin@howardandhoward.com
cls2@h2law.com
mblumenreich@howardandhoward.com

## SERVICE LIST

Ellen M. Wheeler (ewheeler@foley.com)
Margaret Nelson (mnelson@foley.com)
Jena Levin (jlevin@foley.com)
Foley & Lardner LLP
321 N. Clark Street, Suite 3000
Chicago, IL 60654
*Attorneys for Tyler Crookston*

James L .Kopecky (jkopecky@ksrlaw.com)
Howard J. Rosenburg (hrosenburg@ksrlaw.com)
Kopecky Schumacher Rosenburg LLC
120 N. LaSalle Street. Suite 2000
Chicago, IL 60602
*Attorneys for JJMT Capital, LLC*

Terence Campbell (tcampbell@cotsiriloslaw.com)
Matthew R. Ryan (mryan@cotsiriloslaw.com)
Michael Maione (mmaione@cotsiriloslaw.com)
John N. Pavletic, Jr.(jpavletic@cotsiriloslaw.com)
Cotsirilos, Tighe, Streicker, Poulos &
 Campbell, Ltd
33 N. Dearborn Street, Suite 600
Chicago, IL 60602.
*Attorneys for Jacob Wunderlin, Matthew
Schweinzer, Joseph DeAlteris*