# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Steven Aronson, et al.

Plaintiff,

v.

JJMT Capital LLC, et al.

Defendant.

Case No.: 1:21−cv−01867
Honorable Franklin U. Valderrama

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 13, 2022:

     MINUTE entry before the Honorable Franklin U. Valderrama: Before the Court for review is JJMT Defendants' Motion for Leave to Supplement the Stay Briefing with the 1inMM Receiver's Quarterly Report in the Sec Enforcement Action [83]. Plaintiffs are given leave to a response by 05/20/2022. Mailed notice (axc).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.