UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Steven Aronson, et al.
                        Plaintiff,

v.                                                    Case No.: 1:21−cv−01867
                                                                 Honorable Franklin U. Valderrama

JJMT Capital LLC, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 13, 2022:

      MINUTE entry before the Honorable Susan E. Cox: Motion hearing held on 7/13/22. For the reasons discussed in open court, Plaintiff's Motion to Compel [78] is granted as to Requests for Production ("RFP") 4, 5, 14, 15, 20, 21, 24, 27−30, 32, 34, 36, 37, 47, 50, 51, 127, 128, 136 and 137. The motion is denied as to RFPs 131, 132, and 133, whose relevance is substantially outweighed by the burden to Defendant Crookston. The motion is further granted as to RFPs 2, 3, 6−11, 52, 53, 55, 72 86, 88, 93, 110, 111, 123, and 124, which Defendant Crookston had previously indicated he would produce and are relevant to Plaintiff's claims. Additionally, Defendant Tyler Crookston's Motion for Protective Order [80] is granted in part and denied in part. In particular, the motion is denied as to RFP 2, 3, 6, 7, 10, 11, 52, 53, 55, 72 86, 88, 93, 110, 111, 123, and 124. The motion is also denied to the extent is seeks a protective order over RFPs 4, 5, 14, 15, 20, 21, 24, 27−30, 32, 34, 36, 37, 38, 47, 50, 51, 127, 128, 136, or 137. The motion is granted as to RFPs 131, 132, and 133. The Court does not believe that the pending motion to stay relieves Defendant Crookston of his duty to fully participate in discovery. Moreover, the Court does not find that Defendant Crookston can shirk his individual responsibility to produce all discoverable materials in his possession, custody, or control because other defendants may also produce the same information. Counsel for the Receiver in the related Central District of California case participated on the call during the motion hearing. At the suggestion of Receiver's counsel, the Court strikes the fact discovery deadline of 7/29/22, and will allow the Receiver and all relevant parties to attempt to negotiate a global resolution of this matter for 90 days before setting any additional deadlines. The parties are ordered to file a joint status report on 10/14/22 informing the Court on the progress of that attempt to resolve this case. Mailed notice (gw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please

refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.