IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STEVEN ARONSON, MATTHEW ARONSON,<br><br>   Plaintiffs,<br> v.<br><br>JJMT CAPITAL LLC, a Delaware limited liability company, JACOB WUNDERLIN, MATTHEW SCHWEINZGER, JOSEPH DEALTERIS, TYLER CROOKSTON,<br><br>   Defendants. | Case No. 1:21-CV-01867<br><br>Hon. Franklin U. Valderrama<br><br>Magistrate Susan E. Cox |

## JOINT STATUS REPORT

Pursuant to this Court's Orders dated July 13, 2022 (ECF Nos. 99, 100), the parties submit the following joint status report:

The parties were last before the Court on July 13, 2022, for hearings on cross-motions to compel discovery and/or for a protective order (ECF Nos. 78, 80) and Defendant Crookston's Motion to Stay in light of the receivership in the related case *SEC v. Horwitz, et al.*, Case No. 2:21-cv-2927-CAS-GJS (C.D. Cal.) (ECF No. 59).

Counsel for the Receiver participated on the calls during both hearings on July 13, 2022 and advised the Court that the parties would be attempting to mediate a global resolution of this case, along with six other related cases pending in the Northern District of Illinois and/or the Circuit Court of Cook County against some combination of these same Defendants. In light of these global settlement efforts, the Receiver's counsel suggested the Court enter and continue the Motion to Stay and wait 90 days to re-schedule new fact discovery deadlines in this case.

Judge Valderrama granted a stay for 90 days until October 11, 2022. ECF No. 100. The Court also terminated the pending motion to stay, as well as Defendants' then-pending motions to

4893-1552-3127.1

dismiss (ECF Nos. 29, 46), with leave to re-file the motions if parties did not resolve this case through the global settlement negotiations. *Id.*

Since July 13, 2022, the parties have agreed to a mediation through JAMS with the honorable Sidney I. Schenkier (Ret.). Judge Schenkier is not available until after Thanksgiving, however, and the parties are working to schedule the mediation for a date in December 2022 or January 2023.

In light of the ongoing global settlement efforts, and in an effort to conserve resources during those negotiations, the parties are working to create an agreed upon framework for the production of certain documents related to the Order Compelling the Production of documents from Tyler Crookston (ECF No. 99) in advance of the mediation, but are otherwise working together to limit the cost and expense of discovery that may prove unnecessary. Accordingly, the parties would appreciate if the Court waits until after the mediation to re-schedule fact discovery deadlines, if necessary.

Respectfully submitted,

| | |
|---|---|
| MATTHEW ARONSON and STEVEN ARONSON | JJMT, LLC |
| */s/ Daniel S. Rubin* | */s/ Howard Rosenburg* |
| By One of Their Attorneys | By One of Its Attorneys |
| Daniel S. Rubin ARDC #6293669<br>Scott Frost ARDC #6208276<br>Howard & Howard Attorneys PLLC<br>200 S. Michigan Avenue, Suite 1100<br>Chicago, Illinois 60604<br>Phone: (312) 372-4000<br>Fax:    (312) 939-5617<br>sfrost@howardandhoward.com<br>drubin@howardandhoward.com | Howard Rosenburg ARDC#6256596<br>KOPECKY SCHUMACHER<br>ROSENBURG LLC<br>120 N. LaSalle St., Ste. 2000<br>Chicago, IL 60602<br>(312) 380-6631<br>hrosenburg@ksrlaw.com |

4893-1552-3127.1

| | |
|---|---|
| JACOB WUNDERLIN, MATTHEW SCHWEINZGER, and JOSEPH DEALTERIS | TYLER CROOKSTON |
| */s/ Matthew S. Ryan* <br> By One of Their Attorneys | */s/ Jena L. Levin* <br> By One of His Attorneys |
| Terence H. Campbell ARDC#6228959 <br> Matthew S. Ryan ARDC#6278362 <br> John N. Pavletic, Jr. ARDC#6330271 <br> COTSIRILOS, TIGHE, STREICKER, POULOS & CAMPBELL, LTD. <br> 33 N. Dearborn St., Ste. 600 <br> Chicago, IL 60602 <br> (312) 263-0345 <br> mryan@cotsiriloslaw.com | Margaret G. Nelson ARDC#6269798 <br> Ellen M. Wheeler ARDC#6244111 <br> Jena L. Levin ARDC#6300341 <br> FOLEY & LARDNER LLP <br> 321 N. Clark St., Ste 3000 <br> Chicago, IL 60654 <br> (312) 832.4500 <br> mnelson@foley.com <br> ewheeler@foley.com <br> jlevin@foley.com |